```
                   UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF RHODE ISLAND
```

Mary Seguin

    v.                                Civil No. 13-cv-095-JNL-LM

Paul Suttell et al.[1]

### REPORT AND RECOMMENDATION

Before the court is defendants' motion to dismiss (doc. no. 17). Plaintiff objects (doc. no. 43), asserting that the motion should be deemed moot. The motion (doc. no. 17) has been referred to this magistrate judge for a report and recommendation as to its disposition. See Order (doc. no. 14).

The motion to dismiss (doc. no. 17), filed July 3, 2013, concerns plaintiff's original complaint (doc. no. 1). Plaintiff has since filed an amended complaint, see Am. Compl. (doc. no.

---

[1] In addition to Rhode Island Supreme Court Chief Justice Paul Suttell, plaintiff has named, as defendants, her daughters' father, Gero Meyersiek; Providence, Rhode Island, Police Department Chief Hugh T. Clements, Jr.; Rhode Island Family Court mediator and guardian ad litem Lori Giarrusso; and the following Rhode Island state government officials, all sued in their individual and official capacities: Governor Lincoln D. Chafee; Health and Human Services Secretary Steven M. Constantino; Child Support Office Director Sharon A. Santilli and staff attorney Priscilla Glucksman; Family Court Chief Judge Haiganush Bedrosian; and Associate Judges John E. McCann, III, Stephen J. Capineri, and Michael B. Forte; Attorney General Peter Kilmartin; and State Police Chief Steven G. O'Donnell. See Am. Compl., at 1 (doc. no. 25).

25). Accordingly, the July 3, 2013, motion to dismiss (doc. no. 17) should be denied as moot.

Any objections to this report and recommendation must be filed within fourteen days of receipt of this notice. See Fed. R. Civ. P. 72(b)(2). Failure to file objections within the specified time waives the right to appeal the district court's order. See United States v. De Jesús-Viera, 655 F.3d 52, 57 (1st Cir. 2011), cert. denied, 132 S. Ct. 1045 (2012); Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (only issues fairly raised by objections to magistrate judge's report are subject to review by district court; issues not preserved by such objection are precluded on appeal).

_____
Landya McCafferty
United States Magistrate Judge

September 24, 2013

cc: Mary Seguin, pro se
    Rebecca Tedford Partington, Esq.
    Susan Urso, Esq.

LBM:nmd