UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Mary Seguin

   v.                                    Case No. 13-cv-095-JNL-LM

Hon. Paul Suttell et al.

**NOTICE OF RULING**

    The court DENIES the motions for a grand jury (doc. nos. 69, 79, and 83) and DENIES the motion to take judicial notice of RICO offenses (doc. no. 80). The court GRANTS, in part, the motion to take judicial notice of certain public records (doc. no. 84), to the extent that it takes judicial notice of the existence of the public records attached to the motion, but DENIES that motion (doc. no. 84) in all other respects. The court further notes that plaintiff has asserted: (1) that she did not receive a service copy of the motion for a stay (doc. no. 34); and (2) that she cannot afford to pay PACER access fees. The court directs the clerk to provide plaintiff with a copy of the motion to stay (doc. no. 34). Plaintiff may file a motion to reconsider the relevant report and recommendation (doc. no. 70), within fourteen days of the date of this order, for the purpose of asserting her objections to the motion to

stay (doc. no. 34). This court will rule on that motion to reconsider, before the district judge issues any order accepting, rejecting, or modifying the underlying report and recommendation (doc. no. 70). As to plaintiff's assertion that she cannot afford PACER fees, plaintiff may move for an exemption from PACER fees if she shows that an exemption is necessary to avoid unreasonable burdens and to promote public access to information, and that she falls within the classes of exempt users listed in the Electronic Public Access Fee Schedule. See "Electronic Public Access Fee Schedule"(eff. 4/1/13), available at www.pacer.gov/documents/epa_feesched.pdf.

_____
Landya McCafferty
United States Magistrate Judge

Date: October 25, 2013

cc: Mary Seguin, pro se
    Rebecca Tedford Partington, Esq.
    Susan Orso, Esq.

2