**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

Mary Seguin

    v.                                      Civil No. 13-cv-095-JNL-LM

Hon. Paul Suttell, et al.

**O R D E R**

    Plaintiff's motions: to convene a grand jury (doc. nos. 76 and 96); to change venue, to recuse the New Hampshire bench, and to vacate all orders issued by the magistrate judge (doc. nos. 78, 88, 90, and 95); and to strike a local rule (doc. no. 89), are all DENIED for reasons stated in this court's prior rulings, see Orders (doc. nos. 19, 61, 71, 72, and 86), and for additional reasons stated in the Oct. 17, 2013, order (doc. no. 157) in Seguin v. Textron, No. 13-cv-12-SJM-LM (D.R.I.). This court notes that the court in Seguin v. Textron, No. 13-cv-12-SJM-LM (D.R.I.), has denied essentially the same motions and requests for relief. See Endorsed Order (Nov. 7, 2013), in Seguin v. Textron, No. 13-cv-12-SJM-LM (D.R.I.). Plaintiff's motion to take judicial notice of Patrice Livingston's declaration and exhibits (doc. no. 97), is GRANTED IN PART, to the extent that the court takes notice that the declaration and exhibits, docketed in this case as Document No. 81, in fact

exist, but the court does not credit as true the contents of those documents, or plaintiff's characterization of their significance. The motion (doc. no. 97) is DENIED in all other respects.

    SO ORDERED.

                                                                                        _____
                                                              Landya McCafferty
                                                          United States Magistrate Judge

December 10, 2013

cc:  Mary Seguin, pro se
     Rebecca Tedford Partington, Esq.
     Susan E. Urso, Esq.

LBM:nmd